# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

March 31, 2004

**Before**

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

No. 01-2928

Johnnie Walton,
   *Petitioner-Appellant,*

  *v.*

Kenneth R. Briley, Warden,
   *Respondent-Appellee.*

Appeal from the United States District
Court for the Northern District
of Illinois, Eastern Division.

No. 97 C 2539

John F. Grady, *Judge.*

**O R D E R**

The opinion issued in this case on March 17, 2004 is hereby corrected.   In each of the three following locations, the name "Renya" should be corrected to "Reyna":

- page 2, first paragraph, line 3
- page 4, line 5
- page 4, first full paragraph, line 1.